**Shirley SEALER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2006–3277.

United States Court of Appeals,
Federal Circuit.

July 14, 2006.

Shirley Sealer, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Cynthia TORREZ, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 2006–3258.

United States Court of Appeals,
Federal Circuit.

July 14, 2006.

Cynthia Torrez, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John E. POTTER, Postmaster General, Appellant,**

v.

**George P. GURDAK, Appellee.**

No. 2006–1235.

United States Court of Appeals,
Federal Circuit.

July 14, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).